UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN TILLMAN,<br><br>          Petitioner,<br><br>  v.<br><br>H. A. RIOS, JR.,<br><br>          Respondent. | 1:11-CV-00453 GSA HC<br><br>ORDER STAYING FURTHER PROCEEDINGS IN THIS MATTER PENDING RESOLUTION OF APPEAL |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  He has consented to the jurisdiction of the Magistrate Judge pursuant to 28 U.S.C. § 636(c).

    On May 16, 2011, Petitioner filed a notice of appeal to the Ninth Circuit Court of Appeals. The interlocutory appeal was processed to the Ninth Circuit where it remains pending.  The parties are advised that the notice of appeal effectively deprived this Court of jurisdiction to proceed further in this case, since generally, the filing of a notice of appeal divests the district court of jurisdiction with respect to all matters involved in the appeal.  Griggs v. Provident Consumer Discount Co., 459 U.S. 56, 58 (1982) (per curiam); Bermudez v. Duenas, 936 F.2d 1064, 1068 (9th Cir.1991); Gould v. Mutual Life Insurance Company of New York, 790 F.2d 769, 772 (9th Cir.1986); Scott v. Younger,

1  739 F.2d 1464, 1466 (9th Cir.1984); <u>Davis v. United States</u>, 667 F.2d 822, 824 (9th Cir.1982).
2  Because the appeal is pending in the Ninth Circuit, this Court is without jurisdiction to proceed
3  further.
4      Accordingly, IT IS HEREBY ORDERED that all proceedings are STAYED in this matter
5  pending resolution of the appeal before the Ninth Circuit.

7      IT IS SO ORDERED.
8      **Dated:   August 10, 2011**            /s/ **Gary S. Austin**
                                          UNITED STATES MAGISTRATE JUDGE