UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN TILLMAN, | 1:11-CV-00453 GSA HC |
| Petitioner, | ORDER DENYING MOTION TO STRIKE ORDER |
| | [Doc. #23] |
| v. | |
| | ORDER LIFTING STAY |
| | [Doc. #22] |
| H. A. RIOS, JR., | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He has consented to the exercise of magistrate judge jurisdiction pursuant to 28 U.S.C. § 636(c).

On August 10, 2011, the Court issued an order staying further proceedings pending resolution of Petitioner's interlocutory appeal. Petitioner filed the instant motion to strike the Court's order on August 19, 2011. Petitioner contends the Court has issued a "fake stay" on an appeal that has been dismissed since June 28, 2011. Petitioner's argument is not well taken. Although the Ninth Circuit issued its order dismissing the appeal on June 28, 2011, formal mandate pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure was not issued until August 22, 2011. Therefore,

1  Petitioner's motion to strike is DENIED.

2     Insofar as formal mandate has now issued dismissing the appeal, the stay ordered on
3  August 10, 2011, is hereby LIFTED.

5     IT IS SO ORDERED.

6     **Dated:   August 23, 2011**              /s/ **Gary S. Austin**
                                        UNITED STATES MAGISTRATE JUDGE